IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA HARMON,**     Plaintiff | :  :  No. 1:21-cv-1233 |
| | : |
| v. | :  (Judge Kane) |
| | : |
| **JLG INDUSTRIES, INC.,**     Defendant | :  : |

## ORDER

**AND NOW**, on this 23rd day of March 2022, upon notice that the parties have reached a settlement of this matter (Doc. No. 19), **IT IS ORDERED THAT** this action is dismissed without costs and without prejudice, to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if settlement is not consummated.  **IT IS FURTHER ORDERED THAT** the parties are directed to submit, within sixty (60) days of the date of this Order, a joint status report addressing whether the instant action should be dismissed with or without prejudice.  Should the parties fail to submit a timely status report in accordance with this Order, the Court will deem the dismissal of this action to be with prejudice.  The conference call scheduled on March 31, 2022 is cancelled.  The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania